# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

United States of America
v.
Brandon Geovanni Divas-Argueta

Case No: 8:17-cr-00021-MSS-CPT-2
USM No: 69970-018
PACTS#: 4494753

Date of Original Judgment: 08/28/2018
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

David Christopher Hardy
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is **GRANTED** and the defendant's previously imposed sentence of imprisonment of 108 months **is hereby reduced to TIME SERVED**, effective immediately.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/28/2018 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 06/05/2024

*/s/ Mary S. Scriven/*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE